UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK H HOWARD TRUSTEE, GRAPHIC COMMUNICATIONS UNION LOCAL 17-M PENSION FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) 1:13-cv-00803-RLY-MJD ) |
| ZIMMER PAPER PRODUCTS OF DELAWARE LLC, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation regarding Defendant's failure to appear. The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; none were filed. The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation and ORDERS the Clerk of Court to enter default against Defendant.

**SO ORDERED** this 18th day of February 2014.

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record